Krista S. Robinson, SBA No. 030868
ROBINSON LAW OFFICES
202 E. Earll Dr., Suite 490
Phoenix, Arizona 85012-2698
Telephone: (602) 885-2627
Fax: (602) 888-8531
E-mail: krista@robinsonlawoffices.com
    *Attorney for Plaintiff Nicholas Allen*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Nicholas Allen**, | **Case No. 2:22 CV** |
| Plaintiff, | |
| vs. | **COMPLAINT AND** |
| **Oxendale & Assoc., Inc.,** an Arizona for-profit corporation, d.b.a. "Oxendale Hyundai", | **DEMAND FOR JURY TRIAL** |
| Defendant. | |

Plaintiff Nicholas Allen ("Plaintiff" or "Allen"), by and through his undersigned counsel, files this Complaint and Demand for Jury Trial against the Defendant, Oxendale & Assoc., Inc., an Arizona for-profit corporation, d.b.a. "Oxendale Hyundai", pursuant to Federal Rules of Civil Procedure ("FRCP") Rules 3, 7(a)1, 8(a), and 38(a & b):

## 1.  Plaintiff's Four Claims

COUNT ONE: 42 U.S.C. 2000e-2(a): Employment discrimination on the basis of race

COUNT TWO: 42 U.S.C. 1981: Employment discrimination on the basis of race in employment contract

ROBINSON LAW OFFICES
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

COUNT THREE: 42 U.S.C. 2000e-3(a): Retaliation for having complained of race discrimination in employment

COUNT FOUR: 42 U.S.C. 1981: Retaliation for having complained of employment discrimination on the basis of race in employment contract

## 2. Parties, Jurisdiction and Venue

**1.** Plaintiff Nicholas Allen:

(A) Is an adult male whose race is African-American/Black.

(B) Is, and was at all times material to this Complaint, a resident of Coconino County, Arizona.

(C) Was at all times material to this Complaint an "employee" of Defendant Oxendale & Assoc., Inc., an Arizona for-profit corporation, d.b.a. "Oxendale Hyundai" ("Oxendale") as that term is defined and used in 42 U.S.C. 2000e-(f).

**2.** Defendant Oxendale was at all times material to this Complaint:

(A) An Arizona for-profit corporation, Arizona Corporation Commission entity # 01750866.

(B) An automobile dealership in Flagstaff, Arizona, employing more than fifteen employees at all times when it employed Allen.

(C) The "employer" of Plaintiff Allen as that term is defined and used in 42 U.S.C. 2000e(b).

**3.** This Court has subject matter jurisdiction pursuant to 28 U.S.C. 1331 because all claims herein arise under the laws of the United States, and also pursuant to 28 U.S.C. 1343(a)(4) because all claims seek relief for civil rights violations. This Court also has specific jurisdiction for the Plaintiff's race discrimination claim pursuant to 42 U.S.C. 2000e-5(f)(3).

**4.** Based upon the foregoing facts, this Court is the correct venue for this action under 28 U.S.C. 1391(b).

ROBINSON LAW OFFICES
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

ROBINSON LAW OFFICES
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

### 3. Fact Allegations Supporting Claims

**5.** Allen's employment by Oxendale commenced on or about February 5, 2018 in the position of a Business Development Director ("BDD").

6. In June 2018, Oxendale promoted Plaintiff to its Leadership Group which included the Oxendale owners and executive-level directors and managers.

**7.** Allen's performance in his BDD position was successful in all respects, and he received no disciplinary action during his employment.

**8.** Allen's BDD job involved the management of all internet and call-based sales leads. This involved the acquisition, training, and management of the Oxendale business development team as well as implementing sales tools and processes with the dealership sales teams for the Oxendale Hyundai, Kia, Genesis, and two used stores owned and operated by Oxendale.

**9.** On May 30, 2019, Allen drove a used vehicle from Oxendale's lot to Phoenix for a work-related matter. While in Phoenix, he picked up his mother's dog to bring back to Flagstaff. During the trip, the dog vomited in the car. When he arrived back at the dealership, he offered (former) Oxendale Detail Manager Gabriel Perez $50.00 and lunch if he cleaned the car. Mr. Perez agreed and took the keys. A few minutes later, Oxendale detailer Craig Culbertson told Allen to clean the car himself. Allen asked Mr. Culbertson to park the car off the lot, and Allen told him that clean it himself later that day.

**10.** After Mr. Culbertson told Allen to clean the car himself, Allen called Executive Director Lance Peterson to tell him what was going on. Mr. Peterson said it's not a problem, something similar happened to him before with his dogs, and that he just needed to pull the car to the side, focus on his other work duties, and clean the car later in the day.

**11.** Shortly after that, Oxendale detailer Matt Merchant interrupted Allen during a meeting, threw the car keys at him, and said, "*do it your fucking self,*" and stormed out of Allen's office. Merchant is Caucasian/white.  Allen called out to Mr. Merchant, telling him to come back, and Mr. Merchant responded "*fuck you*" multiple times. A few minutes later, Allen responded, "*Fuck you, Matt. Where is Doug?*" Doug Adams was the Service Department Manager and Mr. Merchant's supervisor. In response, Mr. Merchant said, "*fuck you nigger*" while flipping Allen off with his middle finger gesture.

**12.** Allen told Mr. Merchant to leave work for the day before he might terminate his employment. Allen wanted to speak to Mr. Adams before terminating Mr. Merchant.

**13.** Allen contacted Mr. Peterson and Oxendale Vice President Michael Oxendale to tell them what had transpired with Mr. Merchant.  Mr. Peterson instructed Allen to leave for the day and said they would contact him regarding the next steps. Mr. Merchant was also sent home for the day.

**14.** On June 1, 2019, Allen posted on Facebook the following "I *was called a "fucking nigger" at work this week. By a co-worker. This is the second major incident like this for me in the last three years, one of the dozens of total racist events I witnessed. Realizing the requests to keep it discreet are never in favor of protecting or caring for myself. It makes it far worse. #iamnotquiet.*" Allen did not tag or identify any of Oxendale's employees or the dealership in his Facebook post.

**15**. On June 4, 2019, Allen had a meeting with Mr. Peterson and Oxendale Sales Director Chad Mayer. During the meeting, Allen was told he behaved inappropriately during the May 30 incident. Mr. Peterson also said that Mr. Oxendale took his Facebook post personally.

**16.** On June 4, 2019, Oxendale terminated Mr. Merchant's employment.

ROBINSON LAW OFFICES
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

**17.** On June 6, 2019, Allen returned to work. During a meeting, Mr. Oxendale said he was disappointed in Allen's "behavior" and that he deemed Allen to be "*the most disrespectful person in the [Oxendale Auto] Group*." Because of his complaints of racial hostility at Oxendale. Mr. Oxendale told Allen that he was being removed from the Leadership Group.

**18.** After the June 6, 2019 meeting, the Oxendale sales team and other managers ignored Allen. Regular communication with the sales team was critical for Allen's BDD role as the two departments worked together on generating business.

**19.** On June 8, 2019, Mr. Mayer called Allen to thank him for the "great job" he was doing in the department. Mr. Mayer said that he planned to award Allen another store to manage.

**20.** On June 11, 2019, Mr. Peterson and Mr. Mayer terminated Allen's employment at Oxendale and failed to give him any reason for the termination.

**21.** At the time of Allen's termination, the national automobile industry benchmark for a business development department was approximately 12-15%. Allen's department had a close rate of 18-21%, and his job performance was outstanding, and his services and skills were needed by Oxendale.

**22.** The Defendants terminated Plaintiff in retaliation for his complaints about the conduct and racial hostility of co-worker Mr. Merchant.

**23.** The Plaintiff should be awarded punitive damages because of Oxendale's willful and reckless violations of the federal law prohibitions against race discrimination in employment and retaliation for having complained of such discrimination.

**24.** As the direct and proximate result of the conduct of Oxendale alleged herein, he has suffered damages including, inter alia, lost wages from the loss of his job, a reduced standard of living and loss of employee benefits, worry about how he would support himself while unemployed, and sadness, embarrassment, humiliation

ROBINSON LAW OFFICES
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

and emotional distress from the sudden and unexpected loss of his job which he enjoyed and performed well.

#### 4.  Exhaustion of Administrative Remedies through the EEOC

**25.** Based upon the foregoing, the Plaintiff filed an amended charge of employment discrimination based upon race discrimination and retaliation with the United States Equal Employment Opportunity Commission ("EEOC") on January 24, 2020:  EEOC charge # 540-2019-04701.  A true copy is attached as Exhibit 1 and incorporated herein by reference pursuant to FRCP Rule 10(c).

**26.**  On January 27, 2021, the EEOC issued its notice of right to sue for this charge supra, and mailed the notice to the Plaintiff.  A true copy of this notice is attached as Exhibit 2 and incorporated herein by reference pursuant to FRCP Rule 10(c).

**27.** This Complaint is filed on April 30, 2022, within ninety days of Allen's receipt of the notice from the EEOC supra, in the mail.

#### 5.  Demand for Trial by Jury

Plaintiff Allen requests a trial by jury on all claims pursuant to the U.S. Constitution Seventh Amendment, FRCP Rule 38, and 42 U.S.C. 1981a(c).

#### 6.  Relief Requested

Based upon the foregoing, Plaintiff Allen requests judgment and orders granting him the following relief against Defendant Oxendale:

### COUNT ONE: 42 U.S.C. 2000e-2(a)
Employment discrimination on the basis of race

1.  Compensatory damages

ROBINSON LAW OFFICES
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

2.  Punitive damages

3.  Injunctive relief

4. Reasonable attorney's fees and expert fees, pursuant to Federal Rules of Civil Procedure Rule 54(d)(2), and 42 U.S.C. 2000e-5(k)

5. Taxable costs pursuant to Federal Rules of Civil Procedure, Rule 54(d)(1), and 28 U.S.C 1920

## COUNT TWO: 42 U.S.C. 1981

Employment discrimination on the basis of race in employment contract

1.  Compensatory damages

2.  Punitive damages

3.  Injunctive relief

4. Reasonable attorney's fees and expert fees, pursuant to Federal Rules of Civil Procedure Rule 54(d)(2), and 42 U.S.C. 1988

5. Taxable costs pursuant to Federal Rules of Civil Procedure, Rule 54(d)(1), and 28 U.S.C 1920

## COUNT THREE: 42 U.S.C. 2000e-3(a)

Retaliation for having complained of race discrimination in employment

1.  Compensatory damages

2.  Punitive damages

3.  Injunctive relief

4.  Reasonable attorney's fees and expert fees, pursuant to Federal Rules of Civil Procedure Rule 54(d)(2), and 42 U.S.C. 2000e-5(k)

5. Taxable costs pursuant to Federal Rules of Civil Procedure, Rule 54(d)(1), and 28 U.S.C 1920

## COUNT FOUR: 42 U.S.C. 1981

ROBINSON LAW OFFICES
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627

<u>Retaliation for having complained of employment discrimination on the basis of race in employment contract</u>

1. Compensatory damages

2. Punitive damages

3. Injunctive relief

4. Reasonable attorney's fees and expert fees, pursuant to Federal Rules of Civil Procedure Rule 54(d)(2), and 42 U.S.C. 1988

5. Taxable costs pursuant to Federal Rules of Civil Procedure, Rule 54(d)(1), and 28 U.S.C 1920

Respectfully submitted this 30th day of April 2021.

ROBINSON LAW OFFICES

By:   */s/ Krista S. Robinson*

Krista S. Robinson, Esq.,
202 E. Earll Drive, Suite 490
Phoenix, Arizona 85012-2627
*Attorney for Plaintiff*

**Two Attached Exhibits**

**1.** Amended EEOC charge # 540-2019-04701 (January 24, 2020)

**2.** EEOC notice of right to sue for charge # 540-2019-04701 (January 28, 2021)

ROBINSON LAW OFFICES
202 E. Earll Drive., Suite 490
Phoenix, Arizona 85012
(602) 885-2627